FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| International Refugee Assistance Project, Inc. | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-09604 |
| United States Citizenship and Immigration Services | ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

United States Citizenship and Immigration Services, Office of the Chief Counsel, 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs MD 20588-0009

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexandra Zaretsky, International Refugee Assistance Project, One Battery Park Plaza, 33rd Floor, New York, NY 10004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 11/2/2023

/s/ J. Gonzalez
Signature of Clerk or Deputy Clerk